W. T. RALEIGH COMPANY and another, Appellants, vs. GREENE and others, Respondents.

For the appellants: *W. G. Haddow* of Ellsworth.
For the respondents: *Irwin E. Magee* of Ellsworth.

*By the Court.*—Judgment affirmed.

SUKOW, Administrator, Respondent, vs. RADKE and another, Appellants: HINTZ, Interpleaded Respondent.

For the appellants: *John W. O'Leary* and *Elbert Joyce,* both of Neenah.
For the respondent: *F. J. Smith* of Merrill.
For the interpleaded respondent: *Schmitt & Schnabel* of Merrill.

*By the Court.*—Judgment affirmed.

GERUM, Respondent, vs. PFISTER and another, Appellants.

For the appellants: *Genrich & Genrich,* attorneys, and *Miles Lambert* of counsel, all of Wausau.
For the respondent: *C. J. Crooks* of Wausau.

*By the Court.*—Judgment affirmed.